Matter of Deem (2024 NY Slip Op 01173)

Matter of Deem

2024 NY Slip Op 01173

Decided on March 6, 2024

Appellate Division, Second Department

Per Curiam.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 6, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

HECTOR D. LASALLE, P.J.
MARK C. DILLON
COLLEEN D. DUFFY
BETSY BARROS
ANGELA G. IANNACCI, JJ.

2023-06205

[*1]In the Matter of Michael Anthony Deem, a suspended attorney. Grievance Committee for the Ninth Judicial District, petitioner; Michael Anthony Deem, respondent. (Attorney Registration No. 2896801) PER CURIAM. OPINION & ORDER /Party>
MOTION by the Grievance Committee for the Ninth Judicial District pursuant to Judiciary Law § 90(4)(f) and 22 NYCRR 1240.12(b)(2) and (c)(2)(ii) to suspend the respondent from the practice of law based on his conviction of a serious crime and pursuant to 22 NYCRR 1240.12(c)(2)(i) for an order directing the respondent to show cause why a final order of discipline should not be imposed. The respondent was admitted to the Bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on December 16, 1998. In an unrelated proceeding, by opinion and order of this Court dated July 27, 2022, the respondent was suspended from the practice of law for a period of six months, commencing August 29, 2022, and continuing until further order of this Court (see Matter of Deem, 208 AD3d 89).

On November 17, 2022, the respondent was convicted, following a jury trial, of criminal contempt in the second degree, in violation of Penal Law § 215.50(3), a class A misdemeanor. The respondent was sentenced to a six-month period of incarceration and ordered to pay $200 in surcharges and fees.
 Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is
 ORDERED that the motion is denied as academic in light of the opinion and order of this Court (see Matter of Deem, ___ AD3d ___ [Appellate Division Docket No. 2023-06989; decided herewith]) disbarring the respondent, upon his default, in a separate, unrelated matter.
LASALLE, P.J., DILLON, DUFFY, BARROS and IANNACCI, JJ., concur.
 ENTER:
 Darrell M. Joseph
 Acting Clerk of the Court